**MINUTES OF THE UNITED STATES COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

U.S.A. vs __Hector Manuel Troncoso-Gonzalez__ No. __08mj0953__

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __3/28/08__ and ended on __4/3/08__ ; ( XM )
_____ and ended on _____ . (   )

<u>3161(h)</u>
- ___ (1)(A)  Exam or hrg for **mental or physical incapacity**         A
- ___ (1)(B)  **NARA exam**ination (28:2902)                            B
- ___ (1)(D)  State or Federal trials or **other charges pending**      C
- ___ (1)(E)  **Interlocutory appeals**                                 D
- ___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)  E
- ___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40) F
- ___ (1)(J)  **Proceedings under advisement** not to exceed thirty days  G
- ___         Misc proc: Parole or prob rev, deportation, **extradition**  H
- ___ (1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less  6
- ___ (1)(I)  Consideration by Court of **proposed plea agreement**     7
- ___ (2)     **Prosecution deferred** by mutual agreement              I
- _X_ (3)(A)(B) **Unavailability of defendant** or **essential witness**  (M)
- ___ (4)     Period of **mental or physical incompetence** of defendant to stand trial  N
- ___ (5)     Period of **NARA commitment or treatment**                O
- ___ (6)     **Superseding indictment and/or new charges**             P
- ___ (7)     **Defendant awaiting trial of co-defendant** when no severance has been granted  R
- ___ (8)(A)(B) **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance  T
- ___ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)**  T1
- ___         2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)**
- ___ (8)(B)(ii) 2) **Case** unusual or **complex**                     T2
- ___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
- ___ (8)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)**  T4
- ___ 3161(I) Time up to **withdrawal of guilty plea**                  U
- ___ 3161(b) **Grand jury indictment time extended** thirty (30) more days  W

Date __3-28-08__                    _____
                                    Judge's Initials