**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 685-3716
Facsimile: (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Troncoso-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1230-JLS |
| Plaintiff, ) | Date: July 18, 2008 |
| ) | Time: 9:00 a.m. |
| v. ) | |
| ) | MOTION FOR ORDER |
| **Hector Manuel Troncoso-Gonzalez,** ) | TO SHORTEN TIME |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time to file the Defendant's Sentencing Memorandum to two (2) day, for the following reasons:

Counsel was unable to meet with Mr. Troncoso-Gonzalez about his sentencing until this week, due to his location in Arizona and his medical condition..

Respectfully submitted,

s/ Bridget Kennedy

Dated: July 16, 2008         BRIDGET KENNEDY
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Troncoso-Gonzalez