**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Troncoso-Gonzalez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1230-JLS |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **HECTOR MANUEL TRONCOSO-GONZALEZ,** ) | |
| Defendant. ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **CHRISTOPHER TENORIO, Assistant United States Attorney**
   Christopher.Tenorio@usdoj.gov efile.dkt.gc1@usdoj.gov,;Maria.Richardson@usdoj.gov

   **A. SCOTT MILLER, United States Probation Officer**
   A SCOTT MILLER/CASP/09/USCOURTS

Dated: July 16, 2008           *s/ Bridget L. Kennedy*
                 **BRIDGET L. KENNEDY**
                 Federal Defenders of San Diego, Inc.,
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467  (tel)
                 (619) 687-2666  (fax)
                 e-mail:bridget_kennedy@fd.org