```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | **NOTICE OF APPEARANCE** |
|----|---|---|---|
| 11 | Plaintiff, | ) CASE NO. | 08CR1230-JLS |
| 12 | v. | ) JUDGE: ) | HON. JANIS L. SAMMARTINO |
|    |    | ) COURT: | COURTROOM 6 |
| 13 | HECTOR MANUEL | ) | |
|    | TRONCOSO-GONZALEZ, | ) | |
| 14 |    | ) | |
|    | Defendant. | ) | |
| 15 |    | ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel

18  in the above-captioned case.  I certify that I am admitted to

19  practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21     Please call me if you have any questions about this notice.

22     DATED:   July 16, 2008

23                                    Respectfully submitted,

24                                    KAREN P. HEWITT
                                      United States Attorney
25

26                                    _s/ Christopher P. Tenorio_
                                      CHRISTOPHER P. TENORIO
27                                    Assistant U.S. Attorney

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Plaintiff, ) | CASE NO.  08CR1230-JLS |
| ) | JUDGE:    HON. JANIS L. |
| v. ) | SAMMARTINO |
| ) | COURT:    COURTROOM 6 |
| HECTOR MANUEL ) | |
| TRONCOSO-GONZALEZ, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I am not a party to the above-entitled action.  I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008

s/ *Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

2