```
 1  KAREN E. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Suite 6293
 4  San Diego, California  92101-8893
    Telephone: (619) 557-7843
 5  Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,     )   GOVERNMENT'S MOTION FOR ORDER
                                  )          TO SHORTEN TIME
11                  Plaintiff,    )
                                  )   CASE NO.  08CR1230-JLS
12       v.                       )   JUDGE:    HON. JANIS L. SAMMARTINO
                                  )   COURT:    COURTROOM 6
13  HECTOR MANUEL                 )
         TRONCOSO-GONZALEZ,       )
14                                )
                    Defendant.    )
15  _____

16       COMES NOW the plaintiff, UNITED STATES OF AMERICA, and requests
17  an order shortening time to July 16, 2008 to file its sentencing
18  summary chart and motion under USSG § 3E1.1(b).  The pleading would
19  be three days late.
20       The basis for the present motion is that Government counsel was
21  ill and out of the office on July 14, 2008 and July 15, 2008.
22       DATED: July 16, 2008
23                                       Respectfully submitted,
24                                       KAREN E. HEWITT
                                         United States Attorney
25                                        s/ Christopher P. Tenorio
                                         CHRISTOPHER P. TENORIO
26                                       Assistant U.S. Attorney
27
28
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | **CERTIFICATE OF SERVICE** |
|---|---|---|
| Plaintiff, | ) | CASE NO. 08CR1230-JLS |
|  | ) | JUDGE: HON. JANIS L. SAMMARTINO |
| v. | ) | COURT: COURTROOM 6 |
| HECTOR MANUEL TRONCOSO-GONZALEZ, | ) |  |
| Defendant. | ) |  |

IT IS HEREBY CERTIFIED that:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR ORDER TO SHORTEN TIME** on **Bridget L. Kennedy, Esq**. by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008            Respectfully submitted,

KAREN P. HEWITT
United States Attorney
*s/Christopher P. Tenorio*
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

07CR1502-IEG