# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1230-JLS |
| Plaintiff, | |
| v. | ORDER TO SHORTEN TIME |
| **HECTOR MANUEL TRONCOSO-GONZALEZ**, | |
| Defendant. | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** the motion for an Order to Shorten time be **GRANTED** and, the time for hearing the matter for the Defendant's Sentencing Memorandum to two (2) day, to be heard July 18, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: July 16, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge