UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>HECTOR MANUEL<br>    TRONCOSO-GONZALEZ,<br><br>                Defendant. | **ORDER TO SHORTEN TIME**<br><br>CASE NO.  08CR1230-JLS<br>JUDGE:    HON. JANIS L. SAMMARTINO<br>COURT:    COURTROOM 6 |

    Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

    IT IS HEREBY ORDERED that the Government may file its sentencing summary chart and motion under USSG § 3E1.1(b) on July 16, 2008.

DATED: July 16, 2008

                                        *Janis L. Sammartino*
                                  Honorable Janis L. Sammartino
                                  United States District Judge